IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Andrew Perrong | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| John Doe Corporation d/b/a National Advocates, et al. | : | No.: 2:21-cv-04185-CDJ |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __David M. Krueger_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:21-cv-04185-CDJ

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **David M. Krueger** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Supreme Court of Ohio | 11/9/2009 | 0085072 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (See attached) | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

**David M. Krueger** Digitally signed by David M. Krueger Date: 2021.10.20 12:49:32 -04'00'
(Applicant's Signature)

10/20/2021
(Date)

Name of Applicant's Firm: Benesch, Friedlander, Coplan & Aronoff, LLP
Address: 200 Public Square, Suite 2300, Cleveland, Ohio 44114
Telephone Number: 216-363-4500
Email Address: dkrueger@beneschlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/20/2021          David M. Krueger Digitally signed by David M. Krueger Date: 2021.10.20 12:49:50 -04'00'
(Date)                           (Applicant's Signature)

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of **David M. Krueger** to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| John C. Gentile | *(signature)* | May 23, 2016 | No. 322159 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

1650 Market St., 36th Floor, Philadelphia, PA 19103, Telephone: (302) 442-7010

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2021            *(signature)*
            (Date)                                    (Sponsor's Signature)

**I.B.    Federal Court Admissions:**

| Court | Admission Date |
|---|---|
| U.S.D.C., Northern District of Ohio | 12/29/2009 |
| U.S.D.C., Southern District of Ohio | 8/30/2012 |
| U.S.D.C. District of Colorado | 7/2/2013 |
| U.S.D.C., Eastern District of Wisconsin | 5/19/2016 |
| U.S.D.C., Southern District of Indiana | 3/10/2017 |
| U.S.D.C., Southern District of Illinois | 3/19/2017 |
| U.S.D.C., Western District of Texas | 4/10/2017 |
| U.S.D.C., Northern District of Illinois | 3/14/2019 |
| U.S.D.C., Western District of Michigan | 7/29/2019 |
| U.S.D.C., Eastern District of Michigan | 8/22/2019 |
| Sixth Circuit Court of Appeals | 7/30/2010 |
| Fourth Circuit Court of Appeals | 10/29/2015 |
| Seventh Circuit Court of Appeals | 5/11/2018 |
| Eleventh Circuit Court of Appeals | 9/19/2018 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Andrew Perrong | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| John Doe Corporation d/b/a National Advocates, et al. | : | No.: 2:21-cv-04185-CDJ |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __David M. Krueger__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

(Through ECF)
Andrew M. Carroll: AndrewCarrollEsq@gmail.com
Avi R. Kaufman: kaufman@kaufmanpa.com
Attorneys for Plaintiff

David M. Krueger
Digitally signed by David M. Krueger
Date: 2021.10.20 14:31:33 -04'00'
_____
(Signature of Attorney)

David M. Krueger
_____
(Name of Attorney)

Gacovina, Lake & Associates, P.C.
_____
(Name of Moving Party)

10/20/2021
_____
(Date)