# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE CORPORATION d/b/a NATIONAL ADVOCATES, *et al.*, <br><br> Defendants. | CASE NO. 2:21-cv-04185-CDJ <br><br> JUDGE: C. DARNELL JONES, II |

## DEFENDANT THE LAKE LAW FIRM'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant The Lake Law Firm moves to dismiss Plaintiff Andrew Perrong's First Amended Complaint against it for the alleged receipt of three "telephone solicitations" under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

The reasons and authorities supporting dismissal are further set forth in the attached *Defendant The Lake Law Firm's Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint* filed contemporaneously herewith.

Date: December 22, 2021                    Respectfully submitted,

                    */s/ John C. Gentile*
                    Sean A. Meluney (No. 319279)
                    John C. Gentile (No. 322159)
                    BENESCH, FRIEDLANDER, COPLAN &
                       ARONOFF LLP
                    One Liberty Place
                    1650 Market Street, 36th Floor
                    Philadelphia, PA  19103-7301
                    Telephone: (302) 442-7010
                    Facsimile: (302) 442-7012
                    Email: smeluney@beneschlaw.com
                              jgentile@beneschlaw.com

                    *-and-*

                    David M. Krueger (*Admitted Pro Hac Vice*)
                    Laura E. Kogan (*Pro Hac Vice Forthcoming*)
                    John N. Dagon (*Pro Hac Vice Forthcoming*)
                    BENESCH, FRIEDLANDER, COPLAN &
                       ARONOFF LLP
                    200 Public Square, Suite 2300
                    Cleveland, OH 44114-2378
                    Telephone:   (216) 363-4500
                    Facsimile:   (216) 363-4588
                    Email:  dkrueger@beneschlaw.com
                               lkogan@beneschlaw.com
                               jdagon@beneschlaw.com

                    *Attorneys for Defendant The Lake Law Firm*