IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 2:21-cv-04185-CDJ |
| Plaintiff, | ) ) ) | JUDGE: C. DARNELL JONES, II |
| vs. | ) ) | **NOTICE OF APPEARANCE ON** |
| JOHN DOE CORPORATION d/b/a NATIONAL ADVOCATES, *et al.*, | ) ) ) | **BEHALF OF DEFENDANT THE LAKE LAW FIRM** |
| Defendants. | ) | |

Attorney David M. Krueger of the law firm Benesch Friedlander Coplan & Aronoff, LLP, hereby enters his notice of appearance in this case as counsel on behalf of Defendant The Lake Law Firm.  It is respectfully requested that notices and copies of filings be sent to David M. Krueger, in addition to current counsel of record.

                                              Respectfully submitted,

                                              *s/ David M. Krueger*
                                              David M. Krueger (0085072)
                                              **BENESCH, FRIEDLANDER, COPLAN &**
                                                  **ARONOFF LLP**
                                              200 Public Square, Suite 2300
                                              Cleveland, Ohio 44114-2378
                                              Telephone:  216.363.4500
                                              Email:  dkrueger@beneschlaw.com

                                              John C. Gentile (No. 322159)
                                              **BENESCH, FRIEDLANDER, COPLAN &**
                                                  **ARONOFF LLP**
                                              One Liberty Place
                                              1650 Market Street, 36th Floor
                                              Philadelphia, PA  19103-7301
                                              Telephone: (302) 442-7010
                                              Email: jgentile@beneschlaw.com

                                              *Attorneys for Defendant The Lake Law Firm*

15333048 v1

## CERTIFICATE OF SERVICE

    I hereby certify that on January 7, 2022, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*s/ David M. Krueger*
*Attorney for Defendant The Lake Law Firm*
