IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE CORPORATION d/b/a NATIONAL ADVOCATES and THE LAKE LAW FIRM LLC, | : | No.: 2:21-cv-4185-CDJ |

ORDER

AND NOW, this _____ day of _____ 20 22 , it is hereby

ORDERED that the application of  Avi R. Kaufman  , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:21-cv-04185-CDJ

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Avi R. Kaufman** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Florida | 09/22/2010 | 84382 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| S.D. Fla. | 5/18/2011 | |
| M.D. Fla. | 3/28/2012 | |
| N.D. Fla. | 12/17/2015 | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

**Avi Kaufman** (Applicant's Signature)
Digitally signed by Avi Kaufman
Date: 2022.01.19 14:28:25 -05'00'

01/19/2022 (Date)

Name of Applicant's Firm: Kaufman P.A.
Address: 237 S. Dixie Hwy, 4th Flr., Coral Gables, FL 33133
Telephone Number: 305.469.5881
Email Address: avi@kaufmanpa.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/19/2022 (Date)

**Avi Kaufman** (Applicant's Signature)
Digitally signed by Avi Kaufman
Date: 2022.01.19 14:28:38 -05'00'

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Avi R. Kaufman to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Andrew M. Carroll _____  1/2005     91870
(Sponsor's Name)         (Sponsor's Signature)        (Admission date)    (Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Carroll Law Office, P.C., 427 N Packard St., Hammonton, NJ 08037

856.426.9815

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/19/2022
(Date)                                              (Sponsor's Signature)

List of Additional Federal Court Admissions

| Court | Date of Admission |
|---|---|
| Eleventh Circuit | 10/19/2021 |
| Eastern District of Wisconsin | 10/25/2018 |
| Eastern District of Michigan | 1/14/2019 |
| Northern District of Illinois | 7/25/2019 |
| District of Colorado | 12/18/2019 |
| Western District Arkansas | 3/11/2020 |
| Central District of Illinois | 7/08/2021 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE CORPORATION d/b/a NATIONAL ADVOCATES and THE LAKE LAW FIRM LLC, | : | No.: 2:21-cv-04185-CDJ |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Avi R. Kaufman**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

on all parties of record via electronic service through the ECF system.

_____
(Signature of Attorney)
**Andrew M. Carroll**
(Name of Attorney)
**Plaintiff**
(Name of Moving Party)
**01/19/2022**
(Date)