

237 South Dixie Highway, 4th Floor ■ Coral Gables, Florida 33133
kaufman@kaufmanpa.com ■ (305) 469-5881 ■ www.KaufmanPA.com

<u>VIA ECF</u>
August 29, 2022

Honorable Joel H. Slomsky
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

        **Re: *Perrong v. John Doe Corp., et al.*, Case No. 2:21-cv-04185-JHS**
        **Unopposed Request to Reschedule Hearing**

Dear Honorable Judge Slomsky:

    Due to previously scheduled travel plans, Plaintiff's counsel respectfully requests that the Court reschedule the hearing on Defendant The Lake Law Firm's Motion to Dismiss (ECF No. 20) scheduled for September 14, 2022 at 2:30 p.m. (ECF No. 24).

    Plaintiff conferred with Defendant, and Defendant does not oppose the request to reschedule the hearing and has indicated its availability on October 3, 2022, if the Court is amenable.

    Plaintiff's request is made in good faith and not for purposes of delay.

                                                         Sincerely,

                                                       *s/ Avi R. Kaufman*
                                                      AVI R. KAUFMAN, ESQ.