IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE CORPORATION d/b/a NATIONAL ADVOCATES and THE LAKE LAW FIRM LLC,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 21-cv-4185 |

# ORDER

**AND NOW**, this 6th day of October 2023, upon consideration of the Notice of Voluntary Dismissal by Plaintiff Perrong (Doc. No. 40), it is **ORDERED** as follows:

1. The above-captioned matter is **REMOVED FROM THE SUSPENSE DOCKET and RESTORED TO ACTIVE STATUS ON THE TRIAL DOCKET.**

2. That this matter is **DISMISSED WITH PREJUDICE** as to Plaintiff Perrong's individual claims.

3. That this matter is **DISMISSED WITHOUT PREJUDICE** as to any other member of the putative class's right to bring claims**.** The Clerk of Court shall close the above-captioned case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.